UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

**CHANTEA HOBSON,**

              Plaintiff,

      v.

**WAL-MART STORES EAST, L.P.,** *et al.,*

             Defendants.

Civil Action No. 22-01524 (ZNQ) (RLS)

**OPINION**

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon a Report and Recommendation (ECF No. 31) that recommends that Plaintiff's Motion to Amend (ECF No. 16) be granted.  No objection to the Report and Recommendation was filed.  For the reasons set forth in the accompanying Opinion,

    **IT IS** on this **16th** day of **August 2023,**

    **ORDERED** that the Report and Recommendation (ECF No. 31) is hereby **ADOPTED**; and it is

    **ORDERED** that Plaintiff's Motion to Amend the Complaint is hereby **GRANTED**; and it is

    **ORDERED** that this matter is hereby **DISMISSED WITHOUT PREJUDICE**, and the Clerk's Office is instructed to mark this case **CLOSED**.

                                        s/ Zahid N. Quraishi
                                        **ZAHID N. QURAISHI**
                                        **UNITED STATES DISTRICT JUDGE**